# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case 13-2034 MK |
| | ) | Magistrate Judge Knowles |
| SUYAPA ROMERO ESCOBAR | ) | |

## O R D E R

A preliminary hearing for Defendant, Suyapa Romero Escobar, was scheduled in this matter for Wednesday, June 12, 2013, at 1:30 p.m. Defendant filed a Waiver of Preliminary Hearing on June 12, 2013. Docket No. 8. Accordingly, the hearing before the undersigned is hereby CANCELLED.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge